**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF VIRGINIA

Case number *(if known)* _____    Chapter **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Artifact LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **47-2485009** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **14113 Robert Paris Ct #103 Chantilly, VA 20151** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Fairfax** County | **Location of principal assets, if different from principal place of business** |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor      **Artifact LLC**
_____    Case number (*if known*) _____
            Name

**7.  Describe debtor's business**      A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**      *Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

| Debtor | **Artifact LLC** | Case number (if known) |
|---|---|---|
| | Name | |

**11. Why is the case filed in this district?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention? (Check all that apply.)**

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**  .

Check one:

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Artifact LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 28, 2018**
              MM / DD / YYYY

**X** **/s/ Felipe Valdes**                          **Felipe Valdes**
Signature of authorized representative of debtor        Printed name

Title    **President**

**18. Signature of attorney**

**X** **/s/ Kevin M. O'Donnell**                    Date    **September 28, 2018**
Signature of attorney for debtor                              MM / DD / YYYY

**Kevin M. O'Donnell 30086**
Printed name

**Henry & O'Donnell, PC**
Firm name

**300 N. Washington Street**
**Suite 204**
**Alexandria, VA 22314**
Number, Street, City, State & ZIP Code

Contact phone    **(703)548-2100**        Email address    **kmo@henrylaw.com**

**30086 VA**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Artifact LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF VIRGINIA

Case number (if known)    _____

☐ Check if this is an
  amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐  *Schedule H: Codebtors* (Official Form 206H)
☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule*
☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  Other document that requires a declaration   _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 28, 2018**      X **/s/ Felipe Valdes**
                                          Signature of individual signing on behalf of debtor

                                          **Felipe Valdes**
                                          Printed name

                                          **President**
                                          Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **Artifact LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF VIRGINIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

| Part 1: | Summary of Assets |
|---|---|

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*..................................................................................................    $              **15,000.00**

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*...............................................................................................    $            **252,644.00**

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*.................................................................................................    $            **267,644.00**

| Part 2: | Summary of Liabilities |
|---|---|

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $                    **0.00**

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $               **7,148.31**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$          **3,526,195.97**

4.  **Total liabilities** .................................................................................................................
    Lines 2 + 3a + 3b          $          **3,533,344.28**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Artifact LLC** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property        12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:      Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. | **Cash on hand** | | **Unknown** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **United Bank** | | **3461** | **$100.00** |
| 3.2. | **United Bank** | | **3537** | **$100.00** |
| 3.3. | **United Bank** | | **3529** | **$100.00** |
| 3.4. | **Wells Fargo** | | **8369** | **$100.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| **$400.00** |
|---|

**Part 2:      Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    **Artifact LLC**                                          Case number *(If known)* _____
_____
Name

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

**Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:        **212,000.00**      -        **106,000.00**      = ....        **$106,000.00**
                        face amount                doubtful or uncollectible accounts

11b. Over 90 days old:        **41,488.00**      -        **20,744.00**      =....        **$20,744.00**
                        face amount                doubtful or uncollectible accounts

11b. Over 90 days old:        **250,000.00**      -        **125,000.00**      =....        **$125,000.00**
                        face amount                doubtful or uncollectible accounts

12.    **Total of Part 3.**                                      **$251,744.00**
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Investments**

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 14. **Mutual funds or publicly traded stocks not included in Part 1** Name of fund or stock: | | |
| 15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** Name of entity: | % of ownership | |
| 15.1. **Disputed interest in 1409 Cola Drive Limited Partnership (unfunded).** | unknown % N/A | Unknown |
| 15.2. **Disputed interest in 6808 Lumsden Street JV (unfunded).** | unknown % N/A | Unknown |
| 16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** Describe: | | |

17.    **Total of Part 4.**                                      **$0.00**
    Add lines 14 through 16.  Copy the total to line 83.

**Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

| Debtor | **Artifact LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

☒ No. Go to Part 6.
☐ Yes Fill in the information below.

<table>
<tr><td style="background:black;color:white">Part 6:</td><td>**Farming and fishing-related assets (other than titled motor vehicles and land)**</td></tr>
</table>

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.
☐ Yes Fill in the information below.

<table>
<tr><td style="background:black;color:white">Part 7:</td><td>**Office furniture, fixtures, and equipment; and collectibles**</td></tr>
</table>

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Desktop with Lenovo Display**<br>**Printer Epson 7620**<br>**Printer Epson 3620**<br>**Xerox Document Scanner 3120** | $500.00 | | $500.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| 43. **Total of Part 7.**<br>Add lines 39 through 42.  Copy the total to line 86. | $500.00 |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

<table>
<tr><td style="background:black;color:white">Part 8:</td><td>**Machinery, equipment, and vehicles**</td></tr>
</table>

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No. Go to Part 9.
☐ Yes Fill in the information below.

<table>
<tr><td style="background:black;color:white">Part 9:</td><td>**Real property**</td></tr>
</table>

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☒ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

Debtor   **Artifact LLC**                                      Case number *(If known)* _____
Name

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   **Volvo MC125 Skidsteer (In possession of JP Masonry)** | | $0.00 | | $15,000.00 |

56.   **Total of Part 9.**                                                                              $15,000.00

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:**     **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:**     **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                 Best Case Bankruptcy

Debtor    **Artifact LLC**
_____    Case number *(If known)* _____
    Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$400.00** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$251,744.00** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$500.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$0.00** | |
| 88. **Real property.** *Copy line 56, Part 9.*...............................................................> | | **$15,000.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$252,644.00** | + 91b. **$15,000.00** |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$267,644.00** |

**Fill in this information to identify the case:**

Debtor name    **Artifact LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF VIRGINIA

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name     **Artifact LLC**

United States Bankruptcy Court for the:     EASTERN DISTRICT OF VIRGINIA

Case number (if known)     _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | $7,148.31 | $7,148.31 |

| 2.1 | Priority creditor's name and mailing address<br>**County of Fairfax**<br>**PO Box 10203**<br>**Fairfax, VA 22035** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
|---|---|---|
| | Date or dates debt was incurred<br>**2018** | Basis for the claim:<br>**Delinquent tax bill** |
| | Last 4 digits of account number **6689**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address<br>**Airtron Mid-Atlantic**<br>**5123 Pegasus Ct., Ste. M**<br>**Frederick, MD 21704** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$9,375.00** |
|---|---|---|---|
| | Date(s) debt was incurred **2017-2018**<br>Last 4 digits of account number _ | Basis for the claim: **Trade account**<br>Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address<br>**Alejandro Painting**<br>**505 S Lee Rd.**<br>**Sterling, VA 20164** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred **2017-2018**<br>Last 4 digits of account number _ | Basis for the claim: **Trade account**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Artifact LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.3** Nonpriority creditor's name and mailing address
Alina Hu
1718 Chateau Ct.
Mc Lean, VA 22101

Date(s) debt was incurred  **2017-2018**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.4** Nonpriority creditor's name and mailing address
Allied Interior Products
21 Lawson Rd., Ste. A
Leesburg, VA 20175

Date(s) debt was incurred  **2017-2018**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade account**

Is the claim subject to offset? ■ No  ☐ Yes

**$26,242.82**

---

**3.5** Nonpriority creditor's name and mailing address
Allstate Insurance Co.
9316 Old Keene Mill Rd
Chantilly, VA 20151

Date(s) debt was incurred  **2017-2018**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade accounts**

Is the claim subject to offset? ■ No  ☐ Yes

**$350.00**

---

**3.6** Nonpriority creditor's name and mailing address
Ana Maria Brockmann Quiroga
5750 Colchester Road
Fairfax, VA 22030

Date(s) debt was incurred  **2017**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset? ■ No  ☐ Yes

**$100,000.00**

---

**3.7** Nonpriority creditor's name and mailing address
Appliance Connection
13851 Telegraph Rd.
Woodbridge, VA 22192

Date(s) debt was incurred  **2017-2018**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade account**

Is the claim subject to offset? ■ No  ☐ Yes

**$70,000.00**

---

**3.8** Nonpriority creditor's name and mailing address
AR Jon Portable Toilet
327 Owaissa Rd., SE
Vienna, VA 22180

Date(s) debt was incurred  **2017-2018**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade account**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,544.00**

---

**3.9** Nonpriority creditor's name and mailing address
AR Remodeling
148 Cabbel Drive
Manassas, VA 20111

Date(s) debt was incurred  **2017-2018**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade account**

Is the claim subject to offset? ■ No  ☐ Yes

**$25,226.00**

---

| Debtor | Artifact LLC | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

AT&T
4331 Communications Dr.
Floor 4W
Dallas, TX 75211

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade account**

Last 4 digits of account number  **5420**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,996.38**

BlueLine Rental
PO Box 840062
Dallas, TX 75284

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade account**

Last 4 digits of account number  **4036**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$238,887.98**

BMC East LLC
10589 Redoubt Rd.
Manassas, VA 20110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Judgment**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$213,350.00**

Botero Homes, LLC
11150 Sunset Hills Road
Reston, VA 20190

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Judgment**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$60,000.00**

BrainWave Advisors LLC
1227 San Filippo Ct.
San Jose, CA 95128-4053

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade account**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Brian & Jennifer Yi
11335 Vale Rd.
Oakton, VA 22124

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Potential warranty claim for 1708 Margie Dr**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$250,000.00**

Brian Yan
11335 Vale Rd.
Falls Church, VA 22046

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Business loan on investment**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com |

| Debtor | Artifact LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,373.01 |
|---|---|---|---|

**Brickwall Printing & Graphics**
**14088-D Sullyfield Cir.**
**Chantilly, VA 20151**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2017-2018__

Basis for the claim:  __Trade account__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bull Run CAD**
**8512 Craggan Ln.**
**Manassas, VA 20109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2017-2018__

Basis for the claim:  __Trade account__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,978.18 |
|---|---|---|---|

**Choice Stairways**
**231 Bugeye Square**
**Prince Frederick, MD 20678**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2017-2018__

Basis for the claim:  __Trade account__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $68,000.00 |
|---|---|---|---|

**Claudia Hoffman**
**2825 Aquarius Ave.**
**Silver Spring, MD 20906**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2017-2018__

Basis for the claim:  __Trade account__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77,000.00 |
|---|---|---|---|

**Constanza Patterson**
**1434 Cola Dr.**
**Mc Lean, VA 22101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2017-2018__

Basis for the claim:  __Loan__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,325.00 |
|---|---|---|---|

**Construction Inspection Svcs**
**31 Sycolin Rd.**
**Leesburg, VA 20175**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2017-2018__

Basis for the claim:  __Trade account__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $51,951.00 |
|---|---|---|---|

**Davenport Tru Team**
**7400 Gateway Ct.**
**Manassas, VA 20109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2017-2018__

Basis for the claim:  __Trade account__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Artifact LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.24 | **Nonpriority creditor's name and mailing address**<br>**Delta Concrete**<br>**10480 Colonel Ct.**<br>**Manassas, VA 20110** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$87,563.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade account__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.25 | **Nonpriority creditor's name and mailing address**<br>**Demarr Construction**<br>**2504 Moon Drive**<br>**Falls Church, VA 22043** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$7,454.00** |
|---|---|---|---|
| | Date(s) debt was incurred __2017-2018__ | **Basis for the claim:** __Trade account__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.26 | **Nonpriority creditor's name and mailing address**<br>**Dongmei Zhang**<br>**6803 Lumsden St.**<br>**Mc Lean, VA 22101** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred __2017-2018__ | **Basis for the claim:** __Potential warranty claim__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.27 | **Nonpriority creditor's name and mailing address**<br>**Era Cabinets**<br>**2408 Columbia Pike**<br>**Arlington, VA 22204** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$48,000.00** |
|---|---|---|---|
| | Date(s) debt was incurred __2017-2018__ | **Basis for the claim:** __Trade account__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.28 | **Nonpriority creditor's name and mailing address**<br>**Erie Insurance Exchange**<br>**100 Erie Ins Place**<br>**Erie, PA 16530** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,372.77** |
|---|---|---|---|
| | Date(s) debt was incurred __2018__ | **Basis for the claim:** __Insurance premiums__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.29 | **Nonpriority creditor's name and mailing address**<br>**Escalera Plumbing LLC**<br>**135 North Cottage Rd.**<br>**Sterling, VA 20164** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$6,000.00** |
|---|---|---|---|
| | Date(s) debt was incurred __2017-2018__ | **Basis for the claim:** __Trade account__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.30 | **Nonpriority creditor's name and mailing address**<br>**Fireside Hearth & Home**<br>**10126 Harry J. Parrish Blvd.**<br>**Manassas, VA 20110** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$6,830.34** |
|---|---|---|---|
| | Date(s) debt was incurred __2017-2018__ | **Basis for the claim:** __Trade account__ | |
| | Last 4 digits of account number __4013__ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Artifact LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Frank Antezana & D. Versalovic**
**5750 Colchester Road**
**Mc Lean, VA 22101**

Date(s) debt was incurred **2018**

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$373,460.00** |
|---|---|---|---|

**Givago Growth**
**1434 Cola Dr.**
**Mc Lean, VA 22101**

Date(s) debt was incurred **2017-2018**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business loan on investment and Poterntial Warranty claims.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,800.00** |
|---|---|---|---|

**H&L Electric**
**2390 Generation Dr.**
**Reston, VA 20191**

Date(s) debt was incurred **2017-2018**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$35,000.00** |
|---|---|---|---|

**Homayoun Talieh**
**19908 Bella Vista Ave.**
**Saratoga, CA 95070**

Date(s) debt was incurred **2017-2018**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$16,000.00** |
|---|---|---|---|

**Home Depot**
**PO Box 9001030**
**Louisville, KY 40290**

Date(s) debt was incurred **2017-2018**

Last 4 digits of account number **3535**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,000.00** |
|---|---|---|---|

**Inova Engineering**
**25209 Larks Terrace**
**Chantilly, VA 20152**

Date(s) debt was incurred **2017-2018**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$335,000.00** |
|---|---|---|---|

**Itech AG, LLC**
**1621 N. Kent St. #815**
**Arlington, VA 22209**

Date(s) debt was incurred **2017-2018**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business loan on investment**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Artifact LLC | | Case number (if known) | |
|--------|--------------|---|---|---|
| | Name | | | |

---

**3.38** | **Nonpriority creditor's name and mailing address**
Jeffrey Neilsen
5801 Malvern Hill Ct.
Haymarket, VA 20169

Date(s) debt was incurred  **2017-2018**

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*          **$300,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business loan on investment**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address**
Jennifer Guo Spinelli
2233 Whitcomb Pl.
Falls Church, VA 22046

Date(s) debt was incurred  **2017-2018**

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.40** | **Nonpriority creditor's name and mailing address**
Jim Xi
1726 Lansing Ct.
Mc Lean, VA 22101

Date(s) debt was incurred  **2017-2018**

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.41** | **Nonpriority creditor's name and mailing address**
Jin Li
6809 Karlson St.
Mc Lean, VA 22101

Date(s) debt was incurred  **2017-2018**

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.42** | **Nonpriority creditor's name and mailing address**
Jingjing Ye
1710 Warner Ave.
Mc Lean, VA 22101

Date(s) debt was incurred  **2017-2018**

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.43** | **Nonpriority creditor's name and mailing address**
JK Glass LLC
3941 Persimmon Dr., Ste. 101
Fairfax, VA 22031

Date(s) debt was incurred  **2017-2018**

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*          **$1,250.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade account**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.44** | **Nonpriority creditor's name and mailing address**
JP Masonry
6004 Artemus Rd.
Gainesville, VA 20155

Date(s) debt was incurred  **2017-2018**

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*          **$14,800.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade account**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Artifact LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$460,000.00** |
|---|---|---|---|

**Juan P. Valdez**
**1434 Cola Dr.**
**Mc Lean, VA 22101**

Date(s) debt was incurred  **2017-2018**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business loan on investment**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,000.00** |
|---|---|---|---|

**KNF Engineering**
**42687 Leaflet Ln.**
**South Riding, VA 20152**

Date(s) debt was incurred  **2017-2018**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade account**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Larry Zhang**
**7324 Old Dominion Dr.**
**Mc Lean, VA 22101**

Date(s) debt was incurred  **2017-2018**

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$78,000.00** |
|---|---|---|---|

**LoanMe**
**PO Box 5645**
**Orange, CA 92863**

Date(s) debt was incurred  **2017-2018**

Last 4 digits of account number  **9591**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade account**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Lucy Sun**
**6809 Churchill Rd.**
**Mc Lean, VA 22102**

Date(s) debt was incurred  **2017-2018**

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$26,083.00** |
|---|---|---|---|

**Marble Solutions**
**13825 Redskin Dr.**
**Herndon, VA 20171**

Date(s) debt was incurred  **2017-2018**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade account**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Matthew Zhao**
**1036 Carper St.**
**Mc Lean, VA 22101**

Date(s) debt was incurred  **2017-2018**

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claim for 1351 Windyhill Rd**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Artifact LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.52** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$45,000.00**

MM Electric
6603 Fisher Ave.
Falls Church, VA 22046

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade account**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.53** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Ngoc Le
7204 Beverly St.
Annandale, VA 22003

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Potential warranty claim**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.54** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

NOVA Homes Investors
13050 Autumn Willow Dr.
Fairfax, VA 22030

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Potential warranty claim for 5730 Walcott Ave**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.55** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Ping Mu
821 Leigh Mill Rd.
Great Falls, VA 22066

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Potential warranty claim**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.56** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$22,990.52**

Potomac Valley Brick & Supply
15810 Indianola Dr., Ste. 100
Rockville, MD 20855

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade account**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.57** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$569.85**

Prime Rate Premium FinanceCorp
PO Box 580016
Charlotte, NC 28258-0016

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade account**

Last 4 digits of account number  **7655**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.58** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$89,180.21**

Sotheby Floors
12079 Cadet Ct.
Manassas, VA 20109

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Trade account**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | Artifact LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.59** Nonpriority creditor's name and mailing address

**Spatzio Concepts**
19908 Bella Vista Ave.
Saratoga, CA 95070

Date(s) debt was incurred **2017-2018**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Loan**

Is the claim subject to offset? ☑ No ☐ Yes

**$7,000.00**

---

**3.60** Nonpriority creditor's name and mailing address

**Su Mya Lin**
9430 River Rd.
Potomac, MD 20854

Date(s) debt was incurred **2017-2018**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.61** Nonpriority creditor's name and mailing address

**The Roof Center**
5900 Farrington Ave.
Alexandria, VA 22304

Date(s) debt was incurred **2017-2018**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade account**

Is the claim subject to offset? ☑ No ☐ Yes

**$10,742.91**

---

**3.62** Nonpriority creditor's name and mailing address

**Top Quality Kitchen Granite
& Marble**
14041 Willard Rd.
Chantilly, VA 20151

Date(s) debt was incurred **2017-2018**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade account**

Is the claim subject to offset? ☑ No ☐ Yes

**$17,000.00**

---

**3.63** Nonpriority creditor's name and mailing address

**Total Lawn Care**
PO Box 11163
Manassas, VA 20113

Date(s) debt was incurred **2017-2018**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade account**

Is the claim subject to offset? ☑ No ☐ Yes

**$63,500.00**

---

**3.64** Nonpriority creditor's name and mailing address

**Trim & Carpentry Inc.**
2623 Arlington Dr., Apt. 102
Alexandria, VA 22306

Date(s) debt was incurred **2017-2018**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade account**

Is the claim subject to offset? ☑ No ☐ Yes

**$30,000.00**

---

**3.65** Nonpriority creditor's name and mailing address

**Vector Security**
9800 Patuxent Woods Dr.
Ste. B
Columbia, MD 21046

Date(s) debt was incurred **2017-2018**

Last 4 digits of account number **9590**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade account**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Artifact LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.66** | Nonpriority creditor's name and mailing address
**Vector Security**
**9801 Patuxent Woods Dr.**
**Ste. B**
**Columbia, MD 21046**

Date(s) debt was incurred **2017-2018**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade account**

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.67** | Nonpriority creditor's name and mailing address
**Vivian Pan**
**7010 Churchill Rd.**
**Mc Lean, VA 22101**

Date(s) debt was incurred **2017-2018**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.68** | Nonpriority creditor's name and mailing address
**Weilong Wang**
**6446 Divine St**
**McLean, VA 20121**

Date(s) debt was incurred **2018**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.69** | Nonpriority creditor's name and mailing address
**WizdomBridge LLC**
**22059 Autction Barn Dr.**
**Ashburn, VA 20148**

Date(s) debt was incurred **2017-2018**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business loan on investment**

Is the claim subject to offset? ☑ No ☐ Yes

**$150,000.00**

---

**3.70** | Nonpriority creditor's name and mailing address
**Ying Zhao**
**7102 Sea Cliff Road**
**Mc Lean, VA 22101**

Date(s) debt was incurred **2018**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.71** | Nonpriority creditor's name and mailing address
**Zhen Yang**
**4613 Carisbrooke Ln.**
**Fairfax, VA 22030**

Date(s) debt was incurred **2017-2018**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

**$30,000.00**

---

**3.72** | Nonpriority creditor's name and mailing address
**Zhongren Gu**
**1932 Beaver Ln.**
**Mc Lean, VA 22101**

Date(s) debt was incurred **2017-2018**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Potential warranty claim**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

---

| Debtor | **Artifact LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.   Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 7,148.31 |
| 5b. Total claims from Part 2 | 5b.  + | $ | 3,526,195.97 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 3,533,344.28 |

**Fill in this information to identify the case:**

Debtor name    **Artifact LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF VIRGINIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal                    Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest | **Home construction contract for 1708 Margie Dr., McLean, VA 22101.** |
|     State the term remaining |  |
|     List the contract number of any government contract | **Brian & Jennifer Yi**<br>**11335 Vale Rd.**<br>**Mc Lean, VA 22101** |
| 2.2.    State what the contract or lease is for and the nature of the debtor's interest | **Home construction contract.** |
|     State the term remaining |  |
|     List the contract number of any government contract | **Feng Lui & Nan Yang**<br>**1409 Cola Dr.**<br>**Mc Lean, VA 22101** |
| 2.3.    State what the contract or lease is for and the nature of the debtor's interest | **Home construction contract.** |
|     State the term remaining |  |
|     List the contract number of any government contract | **JP Valdes**<br>**6802 Van Fleet Dr.**<br>**Mc Lean, VA 22101** |
| 2.4.    State what the contract or lease is for and the nature of the debtor's interest | **Home construction contract for 1351 Windyhill Rd., McLean, VA 22101.** |
|     State the term remaining |  |
|     List the contract number of any government contract | **Matthew Zhao**<br>**1036 Carper St.**<br>**Mc Lean, VA 22101** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | **Artifact LLC** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Home construction contract.** | |
|---|---|---|---|
| | State the term remaining | | **Ngoc Le** |
| | List the contract number of any government contract | | **7204 Beverly St.** **Annandale, VA 22003** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Security.** | |
|---|---|---|---|
| | State the term remaining | | **Vector Security** |
| | List the contract number of any government contract | | **2000 Ericsson Dr.** **Warrendale, PA 15086** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Security.** | |
|---|---|---|---|
| | State the term remaining | | **Vector Security** |
| | List the contract number of any government contract | | **2001 Ericsson Dr.** **Warrendale, PA 15086** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Home construction contract.** | |
|---|---|---|---|
| | State the term remaining | | **Vivian Pan** |
| | List the contract number of any government contract | | **7010 Churchill Rd.** **Mc Lean, VA 22101** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Home construction contract.** | |
|---|---|---|---|
| | State the term remaining | | **Yang & Nick Jin** |
| | List the contract number of any government contract | | **7407 Bethune St.** **Falls Church, VA 22043** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Home construction contract.** | |
|---|---|---|---|
| | State the term remaining | | **Zhen Yang** |
| | List the contract number of any | | **4613 Carisbrooke Ln.** **Fairfax, VA 22030** |

Debtor 1    **Artifact LLC**

First Name    Middle Name    Last Name    Case number (*if known*)

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

**Fill in this information to identify the case:**

Debtor name      **Artifact LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF VIRGINIA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Pedro Felipe Valdes** | **14531 Old Mill Rd. Centreville, VA 20121** | **Airtron Mid-Atlantic** | ☐ D _____ <br> ■ E/F __3.1__ <br> ☐ G _____ |
| 2.2 | **Pedro Felipe Valdes** | **14531 Old Mill Rd. Centreville, VA 20121** | **Alejandro Painting** | ☐ D _____ <br> ■ E/F __3.2__ <br> ☐ G _____ |
| 2.3 | **Pedro Felipe Valdes** | **14531 Old Mill Rd. Centreville, VA 20121** | **Alina Hu** | ☐ D _____ <br> ■ E/F __3.3__ <br> ☐ G _____ |
| 2.4 | **Pedro Felipe Valdes** | **14531 Old Mill Rd. Centreville, VA 20121** | **Allied Interior Products** | ☐ D _____ <br> ■ E/F __3.4__ <br> ☐ G _____ |
| 2.5 | **Pedro Felipe Valdes** | **14531 Old Mill Rd. Centreville, VA 20121** | **Allstate Insurance Co.** | ☐ D _____ <br> ■ E/F __3.5__ <br> ☐ G _____ |

| Debtor | **Artifact LLC** | Case number *(if known)* | |
|---|---|---|---|

---

 **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|

| 2.6 | **Pedro Felipe Valdes** | **14531 Old Mill Rd. Centreville, VA 20121** | **Ana Maria Brockmann Quiroga** | ☐ D ____ ■ E/F __3.6__ ☐ G ____ |
|---|---|---|---|---|

| 2.7 | **Pedro Felipe Valdes** | **14531 Old Mill Rd. Centreville, VA 20121** | **Appliance Connection** | ☐ D ____ ■ E/F __3.7__ ☐ G ____ |

| 2.8 | **Pedro Felipe Valdes** | **14531 Old Mill Rd. Centreville, VA 20121** | **AR Jon Portable Toilet** | ☐ D ____ ■ E/F __3.8__ ☐ G ____ |

| 2.9 | **Pedro Felipe Valdes** | **14531 Old Mill Rd. Centreville, VA 20121** | **AR Remodeling** | ☐ D ____ ■ E/F __3.9__ ☐ G ____ |

| 2.10 | **Pedro Felipe Valdes** | **14531 Old Mill Rd. Centreville, VA 20121** | **AT&T** | ☐ D ____ ■ E/F __3.10__ ☐ G ____ |

| 2.11 | **Pedro Felipe Valdes** | **14531 Old Mill Rd. Centreville, VA 20121** | **BlueLine Rental** | ☐ D ____ ■ E/F __3.11__ ☐ G ____ |

| 2.12 | **Pedro Felipe Valdes** | **14531 Old Mill Rd. Centreville, VA 20121** | **BMC East LLC** | ☐ D ____ ■ E/F __3.12__ ☐ G ____ |

| 2.13 | **Pedro Felipe Valdes** | **14531 Old Mill Rd. Centreville, VA 20121** | **Botero Homes, LLC** | ☐ D ____ ■ E/F __3.13__ ☐ G ____ |

Debtor    **Artifact LLC**

Case number *(if known)*

---

▊ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
| --- | --- | --- | --- |
| 2.14 **Pedro Felipe Valdes** | 14531 Old Mill Rd. Centreville, VA 20121 | **BrainWave Advisors LLC** | ☐ D _____ ■ E/F __3.14__ ☐ G _____ |
| 2.15 **Pedro Felipe Valdes** | 14531 Old Mill Rd. Centreville, VA 20121 | **Brian & Jennifer Yi** | ☐ D _____ ■ E/F __3.15__ ☐ G _____ |
| 2.16 **Pedro Felipe Valdes** | 14531 Old Mill Rd. Centreville, VA 20121 | **Brian Yan** | ☐ D _____ ■ E/F __3.16__ ☐ G _____ |
| 2.17 **Pedro Felipe Valdes** | 14531 Old Mill Rd. Centreville, VA 20121 | **Brickwall Printing & Graphics** | ☐ D _____ ■ E/F __3.17__ ☐ G _____ |
| 2.18 **Pedro Felipe Valdes** | 14531 Old Mill Rd. Centreville, VA 20121 | **Bull Run CAD** | ☐ D _____ ■ E/F __3.18__ ☐ G _____ |
| 2.19 **Pedro Felipe Valdes** | 14531 Old Mill Rd. Centreville, VA 20121 | **Choice Stairways** | ☐ D _____ ■ E/F __3.19__ ☐ G _____ |
| 2.20 **Pedro Felipe Valdes** | 14531 Old Mill Rd. Centreville, VA 20121 | **Claudia Hoffman** | ☐ D _____ ■ E/F __3.20__ ☐ G _____ |
| 2.21 **Pedro Felipe Valdes** | 14531 Old Mill Rd. Centreville, VA 20121 | **Construction Inspection Svcs** | ☐ D _____ ■ E/F __3.22__ ☐ G _____ |

| Debtor | **Artifact LLC** | Case number *(if known)* | |
|---|---|---|---|

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.22 | **Pedro Felipe Valdes** | **14531 Old Mill Rd. Centreville, VA 20121** | **Davenport Tru Team** | ☐ D ＿＿＿＿ ■ E/F __3.23__ ☐ G ＿＿＿ |
| 2.23 | **Pedro Felipe Valdes** | **14531 Old Mill Rd. Centreville, VA 20121** | **Delta Concrete** | ☐ D ＿＿＿＿ ■ E/F __3.24__ ☐ G ＿＿＿ |
| 2.24 | **Pedro Felipe Valdes** | **14531 Old Mill Rd. Centreville, VA 20121** | **Demarr Construction** | ☐ D ＿＿＿＿ ■ E/F __3.25__ ☐ G ＿＿＿ |
| 2.25 | **Pedro Felipe Valdes** | **14531 Old Mill Rd. Centreville, VA 20121** | **Dongmei Zhang** | ☐ D ＿＿＿＿ ■ E/F __3.26__ ☐ G ＿＿＿ |
| 2.26 | **Pedro Felipe Valdes** | **14531 Old Mill Rd. Centreville, VA 20121** | **Era Cabinets** | ☐ D ＿＿＿＿ ■ E/F __3.27__ ☐ G ＿＿＿ |
| 2.27 | **Pedro Felipe Valdes** | **14531 Old Mill Rd. Centreville, VA 20121** | **Escalera Plumbing LLC** | ☐ D ＿＿＿＿ ■ E/F __3.29__ ☐ G ＿＿＿ |
| 2.28 | **Pedro Felipe Valdes** | **14531 Old Mill Rd. Centreville, VA 20121** | **Fireside Hearth & Home** | ☐ D ＿＿＿＿ ■ E/F __3.30__ ☐ G ＿＿＿ |
| 2.29 | **Pedro Felipe Valdes** | **14531 Old Mill Rd. Centreville, VA 20121** | **Givago Growth** | ☐ D ＿＿＿＿ ■ E/F __3.32__ ☐ G ＿＿＿ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                        Best Case Bankruptcy

| Debtor | **Artifact LLC** | Case number *(if known)* |

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.30 | **Pedro Felipe Valdes** | **14531 Old Mill Rd.** **Centreville, VA 20121** | **H&L Electric** | ☐ D _____ ■ E/F __3.33__ ☐ G _____ |
| 2.31 | **Pedro Felipe Valdes** | **14531 Old Mill Rd.** **Centreville, VA 20121** | **Home Depot** | ☐ D _____ ■ E/F __3.35__ ☐ G _____ |
| 2.32 | **Pedro Felipe Valdes** | **14531 Old Mill Rd.** **Centreville, VA 20121** | **Inova Engineering** | ☐ D _____ ■ E/F __3.36__ ☐ G _____ |
| 2.33 | **Pedro Felipe Valdes** | **14531 Old Mill Rd.** **Centreville, VA 20121** | **Itech AG, LLC** | ☐ D _____ ■ E/F __3.37__ ☐ G _____ |
| 2.34 | **Pedro Felipe Valdes** | **14531 Old Mill Rd.** **Centreville, VA 20121** | **Jeffrey Neilsen** | ☐ D _____ ■ E/F __3.38__ ☐ G _____ |
| 2.35 | **Pedro Felipe Valdes** | **14531 Old Mill Rd.** **Centreville, VA 20121** | **Jennifer Guo Spinelli** | ☐ D _____ ■ E/F __3.39__ ☐ G _____ |
| 2.36 | **Pedro Felipe Valdes** | **14531 Old Mill Rd.** **Centreville, VA 20121** | **Jim Xi** | ☐ D _____ ■ E/F __3.40__ ☐ G _____ |
| 2.37 | **Pedro Felipe Valdes** | **14531 Old Mill Rd.** **Centreville, VA 20121** | **Jin Li** | ☐ D _____ ■ E/F __3.41__ ☐ G _____ |

Schedule H: Your Codebtors

Debtor    **Artifact LLC**                                      Case number *(if known)* _____

---

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**                                      Column 2: **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.38 | **Pedro Felipe Valdes** | **14531 Old Mill Rd. Centreville, VA 20121** | **Jingjing Ye** | ☐ D _____<br>■ E/F __3.42__<br>☐ G _____ |
| 2.39 | **Pedro Felipe Valdes** | **14531 Old Mill Rd. Centreville, VA 20121** | **JK Glass LLC** | ☐ D _____<br>■ E/F __3.43__<br>☐ G _____ |
| 2.40 | **Pedro Felipe Valdes** | **14531 Old Mill Rd. Centreville, VA 20121** | **JP Masonry** | ☐ D _____<br>■ E/F __3.44__<br>☐ G _____ |
| 2.41 | **Pedro Felipe Valdes** | **14531 Old Mill Rd. Centreville, VA 20121** | **Juan P. Valdez** | ☐ D _____<br>■ E/F __3.45__<br>☐ G _____ |
| 2.42 | **Pedro Felipe Valdes** | **14531 Old Mill Rd. Centreville, VA 20121** | **KNF Engineering** | ☐ D _____<br>■ E/F __3.46__<br>☐ G _____ |
| 2.43 | **Pedro Felipe Valdes** | **14531 Old Mill Rd. Centreville, VA 20121** | **Larry Zhang** | ☐ D _____<br>■ E/F __3.47__<br>☐ G _____ |
| 2.44 | **Pedro Felipe Valdes** | **14531 Old Mill Rd. Centreville, VA 20121** | **LoanMe** | ☐ D _____<br>■ E/F __3.48__<br>☐ G _____ |
| 2.45 | **Pedro Felipe Valdes** | **14531 Old Mill Rd. Centreville, VA 20121** | **Lucy Sun** | ☐ D _____<br>■ E/F __3.49__<br>☐ G _____ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Artifact LLC**                                    Case number *(if known)* _____

▉   **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.46 | **Pedro Felipe Valdes** | **14531 Old Mill Rd. Centreville, VA 20121** | **Marble Solutions** |
| 2.47 | **Pedro Felipe Valdes** | **14531 Old Mill Rd. Centreville, VA 20121** | **Matthew Zhao** |
| 2.48 | **Pedro Felipe Valdes** | **14531 Old Mill Rd. Centreville, VA 20121** | **MM Electric** |
| 2.49 | **Pedro Felipe Valdes** | **14531 Old Mill Rd. Centreville, VA 20121** | **Ngoc Le** |
| 2.50 | **Pedro Felipe Valdes** | **14531 Old Mill Rd. Centreville, VA 20121** | **NOVA Homes Investors** |
| 2.51 | **Pedro Felipe Valdes** | **14531 Old Mill Rd. Centreville, VA 20121** | **Ping Mu** |
| 2.52 | **Pedro Felipe Valdes** | **14531 Old Mill Rd. Centreville, VA 20121** | **Potomac Valley Brick & Supply** |
| 2.53 | **Pedro Felipe Valdes** | **14531 Old Mill Rd. Centreville, VA 20121** | **Prime Rate Premium FinanceCorp** |

Creditor check boxes for each entry:
- 2.46 Marble Solutions — ☐ D _____  ■ E/F **3.50**  ☐ G _____
- 2.47 Matthew Zhao — ☐ D _____  ■ E/F **3.51**  ☐ G _____
- 2.48 MM Electric — ☐ D _____  ■ E/F **3.52**  ☐ G _____
- 2.49 Ngoc Le — ☐ D _____  ■ E/F **3.53**  ☐ G _____
- 2.50 NOVA Homes Investors — ☐ D _____  ■ E/F **3.54**  ☐ G _____
- 2.51 Ping Mu — ☐ D _____  ■ E/F **3.55**  ☐ G _____
- 2.52 Potomac Valley Brick & Supply — ☐ D _____  ■ E/F **3.56**  ☐ G _____
- 2.53 Prime Rate Premium FinanceCorp — ☐ D _____  ■ E/F **3.57**  ☐ G _____

| Debtor | **Artifact LLC** | Case number *(if known)* | |
|---|---|---|---|

<table>
<tr><td colspan="3">█   **Additional Page to List More Codebtors**</td></tr>
<tr><td colspan="3">Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.</td></tr>
<tr><td colspan="2">*Column 1:* **Codebtor**</td><td>*Column 2:* **Creditor**</td></tr>
</table>

| | | | |
|---|---|---|---|
| 2.54 | **Pedro Felipe Valdes** | **14531 Old Mill Rd.** <br> **Centreville, VA 20121** | **Sotheby Floors** |

☐ D _____
■ E/F ___**3.58**___
☐ G _____

| 2.55 | **Pedro Felipe Valdes** | **14531 Old Mill Rd.** <br> **Centreville, VA 20121** | **Su Mya Lin** |
|---|---|---|---|

☐ D _____
■ E/F ___**3.60**___
☐ G _____

| 2.56 | **Pedro Felipe Valdes** | **14531 Old Mill Rd.** <br> **Centreville, VA 20121** | **The Roof Center** |
|---|---|---|---|

☐ D _____
■ E/F ___**3.61**___
☐ G _____

| 2.57 | **Pedro Felipe Valdes** | **14531 Old Mill Rd.** <br> **Centreville, VA 20121** | **Top Quality Kitchen Granite** |
|---|---|---|---|

☐ D _____
■ E/F ___**3.62**___
☐ G _____

| 2.58 | **Pedro Felipe Valdes** | **14531 Old Mill Rd.** <br> **Centreville, VA 20121** | **Total Lawn Care** |
|---|---|---|---|

☐ D _____
■ E/F ___**3.63**___
☐ G _____

| 2.59 | **Pedro Felipe Valdes** | **14531 Old Mill Rd.** <br> **Centreville, VA 20121** | **Trim & Carpentry Inc.** |
|---|---|---|---|

☐ D _____
■ E/F ___**3.64**___
☐ G _____

| 2.60 | **Pedro Felipe Valdes** | **14531 Old Mill Rd.** <br> **Centreville, VA 20121** | **Vector Security** |
|---|---|---|---|

☐ D _____
■ E/F ___**3.65**___
☐ G _____

| 2.61 | **Pedro Felipe Valdes** | **14531 Old Mill Rd.** <br> **Centreville, VA 20121** | **Vector Security** |
|---|---|---|---|

☐ D _____
■ E/F ___**3.66**___
☐ G _____

| Debtor | **Artifact LLC** | | Case number *(if known)* | |

---

| ■ | **Additional Page to List More Codebtors** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |

---

| 2.62 | **Pedro Felipe Valdes** | **14531 Old Mill Rd.** **Centreville, VA 20121** | **Vivian Pan** | ☐ D _____ ■ E/F ___3.67___ ☐ G _____ |

---

| 2.63 | **Pedro Felipe Valdes** | **14531 Old Mill Rd.** **Centreville, VA 20121** | **WizdomBridge LLC** | ☐ D _____ ■ E/F ___3.69___ ☐ G _____ |

---

| 2.64 | **Pedro Felipe Valdes** | **14531 Old Mill Rd.** **Centreville, VA 20121** | **Zhongren Gu** | ☐ D _____ ■ E/F ___3.72___ ☐ G _____ |

---

| 2.65 | **Pedro Felipe Valdes** | **14531 Old Mill Rd.** **Centreville, VA 20121** | **Zhen Yang** | ☐ D _____ ■ E/F ___3.71___ ☐ G _____ |

---

| 2.66 | **Pedro Felipe Valdes** | **14531 Old Mill Rd.** **Centreville, VA 20121** | **Spatzio Concepts** | ☐ D _____ ■ E/F ___3.59___ ☐ G _____ |

---

| 2.67 | **Pedro Felipe Valdes** | **14531 Old Mill Rd.** **Centreville, VA 20121** | **Homayoun Talieh** | ☐ D _____ ■ E/F ___3.34___ ☐ G _____ |

---

| 2.68 | **Pedro Felipe Valdes** | **14531 Old Mill Rd.** **Centreville, VA 20121** | **Constanza Patterson** | ☐ D _____ ■ E/F ___3.21___ ☐ G _____ |

---

**Fill in this information to identify the case:**

Debtor name    **Artifact LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF VIRGINIA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue** Check all that apply | **Gross revenue** (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From  **1/01/2018** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $35,600.00 |
| **For prior year:** From  **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other _____ | $8,138,762.00 |
| **For year before that:** From  **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other _____ | $3,100,986.00 |
| **For the fiscal year:** From  **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | $248,031.00 |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | **Description of sources of revenue** | **Gross revenue from each source** (before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    **Artifact LLC**                                                                Case number *(if known)*

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Alejandro Painting**<br>**505 S Lee Rd.**<br>**Sterling, VA 20164** | **6/5/18 &**<br>**7/18/18** | **$18,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. | **Sotheby Floors**<br>**12079 Cadet Ct.**<br>**Manassas, VA 20109** | **6/6/18** | **$35,247.25** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. | **Demarr Construction**<br>**2504 Moon Drive**<br>**Falls Church, VA 22043** | **6/14/18** | **$33,437.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. | **Airtron Mid-Atlantic**<br>**5123 Pegasus Ct., Ste. M**<br>**Frederick, MD 21704** | **7/19/18** | **$9,875.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

| Debtor | **Artifact LLC** | Case number *(if known)* | |

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

**Part 3:    Legal Actions or Assignments**

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **Botero Homes LLC<br>v.<br>Artifact, LLC, et al.<br>CL-2018-0012791** | **Confession of Judgment** | **Fairfax County Circuit Court<br>4110 Chain Bridge Rd.<br>Fairfax, VA 22030** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2.  **BMC East LLC<br>v.<br>Artifact LLC, Felipe Valdes,<br>Juan Valdes<br>CL-2018-0011339** | **Confession of Judgment** | **Fairfax County Circuit Court<br>4110 Chain Bridge Rd.<br>Fairfax, VA 22030** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3.  **Yang Jin et al. v. Artifact, LLC<br>CL-2018-0013479** | **Complaint for breach of contract and return of monies paid.** | **Fairfax County Circuit Court<br>Fairfax, VA** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8.  **Assignments and receivership**
    List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

10.  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:    Certain Payments or Transfers**

11.  **Payments related to bankruptcy**

| Debtor | **Artifact LLC** | Case number *(if known)* |
|---|---|---|

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Henry & O'Donnell, P.C. Kevin M. O'Donnell, Esq. 300 N. Washington St. Suite 204 Alexandria, VA 22314** | | **9/15/2018** | **$10,000.00** |
| | **Email or website address kmo@henrylaw.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1 . | **Jose Amando Mejia 2116 Alice Avenue Olso, MD 20745** | **2000 GMC 3500 Dump Truce** | **8/5/2018** | **$6,800.00** |
| | **Relationship to debtor None** | | | |
| 13.2 . | **iTech AG, LLC 1621 N. Kent Street Suite 815 Arlington, VA 22209** | **Assignment of Partnership Profits in 1409 Cola Drive Limited P'ship.** | **July 11, 2018** | **Unknown** |
| | **Relationship to debtor None** | | | |
| 13.3 . | **Steve May 1907 Wiston Dr. Hagerstown, MD 21740** | **Trailer** | **9/2018** | **$2,500.00** |
| | **Relationship to debtor None** | | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor   **Artifact LLC**                                                       Case number *(if known)* _____

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.4. | **Mar Davies** | **Ford E 450** | **9/2018** | **$2,100.00** |
| | **Relationship to debtor**<br>**None** | | | |

---

## Part 7:    Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If  debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial Institution name and<br>Address | Last 4 digits of<br>account number | Type of account or<br>instrument | Date account was<br>closed, sold,<br>moved, or<br>transferred | Last balance<br>before closing or<br>transfer |
|---|---|---|---|---|

Debtor  **Artifact LLC**

Case number *(if known)* _____

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Capital One**<br>**14001 Lee Jackson Memorial Hwy.**<br>**Chantilly, VA 20151** | **XXXX-6768** | ☐ Checking<br>■ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **8/2018** | **$100.00** |
| 18.2. | **Capital One**<br>**14001 Lee Jackson Memorial Hwy.**<br>**Chantilly, VA 20151** | **XXXX-1132** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **8/2018** | **$100.00** |
| 18.3. | **Capital One**<br>**14001 Lee Jackson Memorial Hwy.**<br>**Chantilly, VA 20151** | **XXXX-7208** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **8/2018** | **$100.00** |
| 18.4. | **Bank of America**<br>**14001 Metrotech Dr.**<br>**Chantilly, VA 20151** | **XXXX-4692** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **8/2018** | **$0.00** |
| 18.5. | **Bank of America**<br>**14001 Mertrotech Dr.**<br>**Chantilly, VA 20151** | **XXXX-8255** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **8/2018** | **$2,000.00** |
| 18.6. | **Bank of America**<br>**14001 Metrotech Dr.**<br>**Chantilly, VA 20151** | **XXXX-4715** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **8/2018** | **$0.00** |
| 18.7. | **Bank of America**<br>**14001 Lee Jackson Memorial Hwy.**<br>**Chantilly, VA 20151** | **XXXX-4744** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **8/2018** | **$0.00** |
| 18.8. | **Bank of America**<br>**14001 Metrotech Dr.**<br>**Chantilly, VA 20151** | **XXXX-4773** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **8/2018** | **$0.00** |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **Artifact LLC** | Case number *(if known)* |
|---|---|---|

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■ No.
   ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

| Debtor | **Artifact LLC** | Case number *(if known)* | |

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. | **Uchi's Tax & Accounting**<br>**7209 Lockport Place**<br>**Lorton, VA** | **2016 - Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|
| 26c.1. | **Uchi's Tax & Accounting**<br>**7209 Lockport Place**<br>**Lorton, VA** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
| |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Ken Ramirez** | **8512 Craggon Lane**<br>**Manassas, VA 20109** | **Manager/Member** | **50%** |

Debtor   **Artifact LLC**                                                      Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| Pedro Felipe Valdes | 14531 Old Mill Road Centreville, VA 20121 | Manager/Member | 50% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|-------------------------------|-----------------------------------------------------|-------|-------------------------------|
| 30.1. | **Pedro Felipe Valdes 14531 Old Mill Road Centreville, VA 20121** | **$35,600.00** | **01/01/18 - Present** | **Compensation/Draws** |
| | **Relationship to debtor Manager/Member** | | | |
| 30.2. | **Ken Ramirez 8512 Craggon Lane Manassas, VA 20109** | **$39,500.00** | **01/01/2018 - present** | **Compensation/Draws** |
| | **Relationship to debtor Manager/Member** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|--------------------------|----------------------------------------------------------|

Debtor    **Artifact LLC**                                                    Case number *(if known)*

---

**Part 14:**   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **September 28, 2018**

| | |
|---|---|
| **/s/ Felipe Valdes** | **Felipe Valdes** |
| Signature of individual signing on behalf of the debtor | Printed name |

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

---

**United States Bankruptcy Court**

**Eastern District of Virginia**

In re    **Artifact LLC**                                                        Case No.

_____

Debtor(s)                    Chapter    **7**

_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **10,000.00** |
| Prior to the filing of this statement I have received | $ | **10,000.00** |
| Balance Due | $ | **0.00** |

2.    The source of the compensation paid to me was:

   ■ Debtor        ☐ Other *(specify)*

3.    The source of compensation to be paid to me is:

   ■ Debtor        ☐ Other *(specify)*

4.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Other provisions as needed:

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:
   **Any representation in contested matters, adversary proceedings or other litigation.**

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **September 28, 2018** | **/s/ Kevin M. O'Donnell** |
| *Date* | **Kevin M. O'Donnell 30086** |
| | *Signature of Attorney* |
| | |
| | **Henry & O'Donnell, PC** |
| | *Name of Law Firm* |
| | **300 N. Washington Street** |
| | **Suite 204** |
| | **Alexandria, VA 22314** |
| | **(703)548-2100  Fax: (703)548-2105** |

---

**For use in Chapter 13 Cases where Fees Requested <u>Not in Excess of $5,223</u>**
**<u>(For all Cases Filed on or after 01/01/2018)</u>**

### NOTICE TO DEBTOR(S), STANDING CHAPTER 13 TRUSTEE AND UNITED STATES TRUSTEE
### PURSUANT TO LOCAL BANKRUPTCY RULE 2016-1(C) AND
### CLERK'S CM/ECF POLICY 9

Notice is hereby given that pursuant to Local Bankruptcy Rule 2016-1(C), you must file an objection with the court to the fees requested in this disclosure of compensation opposing said fees in their entirety, or in a specific amount, no later than the last day for filing objections to confirmation of the chapter 13 plan.

### PROOF OF SERVICE

The undersigned hereby certifies that on this date the foregoing Notice was served upon the debtor(s), the standing Chapter 13 trustee, and U. S. trustee pursuant to Local Bankruptcy Rule 2016-1(C) and the Clerk's CM/ECF Policy 9, either electronically or in paper form (first class mail).

| | |
|---|---|
| _____ | _____ |
| *Date* | *Signature of Attorney* |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Airtron Mid-Atlantic
5123 Pegasus Ct., Ste. M
Frederick, MD 21704


Alejandro Painting
505 S Lee Rd.
Sterling, VA 20164


Alina Hu
1718 Chateau Ct.
Mc Lean, VA 22101


Allied Interior Products
21 Lawson Rd., Ste. A
Leesburg, VA 20175


Allstate Insurance Co.
9316 Old Keene Mill Rd
Chantilly, VA 20151


Ana Maria Brockmann Quiroga
5750 Colchester Road
Fairfax, VA 22030


Appliance Connection
13851 Telegraph Rd.
Woodbridge, VA 22192


AR Jon Portable Toilet
327 Owaissa Rd., SE
Vienna, VA 22180


AR Remodeling
148 Cabbel Drive
Manassas, VA 20111


AT&T
4331 Communications Dr.
Floor 4W
Dallas, TX 75211


BlueLine Rental
PO Box 840062
Dallas, TX 75284

BMC East LLC
10589 Redoubt Rd.
Manassas, VA 20110


Botero Homes, LLC
11150 Sunset Hills Road
Reston, VA 20190


BrainWave Advisors LLC
1227 San Filippo Ct.
San Jose, CA 95128-4053


Brian & Jennifer Yi
11335 Vale Rd.
Oakton, VA 22124


Brian & Jennifer Yi
11335 Vale Rd.
Mc Lean, VA 22101


Brian Yan
11335 Vale Rd.
Falls Church, VA 22046


Brickwall Printing & Graphics
14088-D Sullyfield Cir.
Chantilly, VA 20151


Bull Run CAD
8512 Craggan Ln.
Manassas, VA 20109


Choice Stairways
231 Bugeye Square
Prince Frederick, MD 20678


Claudia Hoffman
2825 Aquarius Ave.
Silver Spring, MD 20906


Constanza Patterson
1434 Cola Dr.
Mc Lean, VA 22101

Construction Inspection Svcs
31 Sycolin Rd.
Leesburg, VA 20175


County of Fairfax
PO Box 10203
Fairfax, VA 22035


Davenport Tru Team
7400 Gateway Ct.
Manassas, VA 20109


Delta Concrete
10480 Colonel Ct.
Manassas, VA 20110


Demarr Construction
2504 Moon Drive
Falls Church, VA 22043


Dongmei Zhang
6803 Lumsden St.
Mc Lean, VA 22101


Era Cabinets
2408 Columbia Pike
Arlington, VA 22204


Erie Insurance Exchange
100 Erie Ins Place
Erie, PA 16530


Escalera Plumbing LLC
135 North Cottage Rd.
Sterling, VA 20164


Feng Lui & Nan Yang
1409 Cola Dr.
Mc Lean, VA 22101


Fireside Hearth & Home
10126 Harry J. Parrish Blvd.
Manassas, VA 20110

Frank Antezana & D. Versalovic
5750 Colchester Road
Mc Lean, VA 22101


Givago Growth
1434 Cola Dr.
Mc Lean, VA 22101


H&L Electric
2390 Generation Dr.
Reston, VA 20191


Homayoun Talieh
19908 Bella Vista Ave.
Saratoga, CA 95070


Home Depot
PO Box 9001030
Louisville, KY 40290


Inova Engineering
25209 Larks Terrace
Chantilly, VA 20152


Itech AG, LLC
1621 N. Kent St. #815
Arlington, VA 22209


Jeffrey Neilsen
5801 Malvern Hill Ct.
Haymarket, VA 20169


Jennifer Guo Spinelli
2233 Whitcomb Pl.
Falls Church, VA 22046


Jim Xi
1726 Lansing Ct.
Mc Lean, VA 22101


Jin Li
6809 Karlson St.
Mc Lean, VA 22101

Jingjing Ye
1710 Warner Ave.
Mc Lean, VA 22101


JK Glass LLC
3941 Persimmon Dr., Ste. 101
Fairfax, VA 22031


JP Masonry
6004 Artemus Rd.
Gainesville, VA 20155


JP Valdes
6802 Van Fleet Dr.
Mc Lean, VA 22101


Juan P. Valdez
1434 Cola Dr.
Mc Lean, VA 22101


KNF Engineering
42687 Leaflet Ln.
South Riding, VA 20152


Larry Zhang
7324 Old Dominion Dr.
Mc Lean, VA 22101


LoanMe
PO Box 5645
Orange, CA 92863


Lucy Sun
6809 Churchill Rd.
Mc Lean, VA 22102


Marble Solutions
13825 Redskin Dr.
Herndon, VA 20171


Matthew Zhao
1036 Carper St.
Mc Lean, VA 22101

MM Electric
6603 Fisher Ave.
Falls Church, VA 22046


Ngoc Le
7204 Beverly St.
Annandale, VA 22003


NOVA Homes Investors
13050 Autumn Willow Dr.
Fairfax, VA 22030


Pedro Felipe Valdes
14531 Old Mill Rd.
Centreville, VA 20121


Ping Mu
821 Leigh Mill Rd.
Great Falls, VA 22066


Potomac Valley Brick & Supply
15810 Indianola Dr., Ste. 100
Rockville, MD 20855


Prime Rate Premium FinanceCorp
PO Box 580016
Charlotte, NC 28258-0016


Sotheby Floors
12079 Cadet Ct.
Manassas, VA 20109


Spatzio Concepts
19908 Bella Vista Ave.
Saratoga, CA 95070


Su Mya Lin
9430 River Rd.
Potomac, MD 20854


The Roof Center
5900 Farrington Ave.
Alexandria, VA 22304

Top Quality Kitchen Granite
& Marble
14041 Willard Rd.
Chantilly, VA 20151


Total Lawn Care
PO Box 11163
Manassas, VA 20113


Trim & Carpentry Inc.
2623 Arlington Dr., Apt. 102
Alexandria, VA 22306


Vector Security
9800 Patuxent Woods Dr.
Ste. B
Columbia, MD 21046


Vector Security
9801 Patuxent Woods Dr.
Ste. B
Columbia, MD 21046


Vector Security
2000 Ericsson Dr.
Warrendale, PA 15086


Vector Security
2001 Ericsson Dr.
Warrendale, PA 15086


Vivian Pan
7010 Churchill Rd.
Mc Lean, VA 22101


Weilong Wang
6446 Divine St
McLean, VA 20121


WizdomBridge LLC
22059 Autction Barn Dr.
Ashburn, VA 20148

Yang & Nick Jin
7407 Bethune St.
Falls Church, VA 22043


Ying Zhao
7102 Sea Cliff Road
Mc Lean, VA 22101


Zhen Yang
4613 Carisbrooke Ln.
Fairfax, VA 22030


Zhongren Gu
1932 Beaver Ln.
Mc Lean, VA 22101

# United States Bankruptcy Court
### Eastern District of Virginia

In re    **Artifact LLC**

Debtor(s)

Case No. _____

Chapter    **7**    _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Artifact LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September 28, 2018**
_____
Date

**/s/ Kevin M. O'Donnell**
_____
**Kevin M. O'Donnell 30086**
Signature of Attorney or Litigant
Counsel for    **Artifact LLC**
_____
**Henry & O'Donnell, PC**
**300 N. Washington Street**
**Suite 204**
**Alexandria, VA 22314**
**(703)548-2100 Fax:(703)548-2105**
**kmo@henrylaw.com**