## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

|  |  |
|---|---|
| IN RE: ) | |
| ) | |
| ARTIFACT LLC ) | Case No. 18-13290-BFK |
| Debtor ) | Chapter 7 |
| ) | |

### ORDER GRANTING TRUSTEE'S MOTION FOR EXAMINATION OF CAPITAL ONE, NATIONAL ASSOCIATION PURSUANT T0 FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004

Upon consideration of the Trustee's Motion for Examination of Capital One, National Association Pursuant to Federal Rule of Bankruptcy Procedure 2004 (the "Motion") (Docket No. 16), filed by Janet M. Meiburger, Chapter 7 Trustee in the above-captioned case, and all parties in interest having received proper notice, and the period to object having expired on November 5, 2018, and no objection having been filed, it is hereby

ORDERED that the Trustee is authorized to conduct an examination of Capital One, National Association, pursuant to subpoena, in order to obtain the documents and information described in the Motion.

Date: Nov 8 2018

/s/ Brian F. Kenney
U.S. Bankruptcy Judge

Entered on Docket: November 9, 2018

Janet M. Meiburger, Esq., VA Bar No. 31842
The Meiburger Law Firm, P.C.
1493 Chain Bridge Road, Suite 201
McLean, VA 22101
(703) 556-7871
Proposed Counsel for Chapter 7 Trustee

I ASK FOR THIS:

/s/ Janet M. Meiburger
Janet M. Meiburger, Esq., VSB No. 31842
The Meiburger Law Firm, P.C.
1493 Chain Bridge Road, Suite 201
McLean, Virginia 22101
Phone: (703) 556-7871

Local Rule 9022-1(C) Certification

I hereby certify that the foregoing [proposed] Order Granting Trustee's Motion for Examination of Capital One, National Association Pursuant to Federal Rule of Bankruptcy Procedure 2004 has been endorsed by all necessary parties.

    /s/ Janet M. Meiburger
    Janet M. Meiburger

**PARTIES TO RECEIVE COPIES BY MAIL:**

Sanjiv Yajnik
President
Capital One, National Association
1680 Capital One Drive
McLean, VA 22102

Richard D. Fairbank
Chief Executive Officer
Capital One, National Association
1680 Capital One Drive
McLean, VA 22102

4

//mnt/orders/Attachments/doctopdf/alldocs/18-13290~20181106083300866.doc

5